<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1056**

_____

In Re:  TYRONE HURT; WILLIAM E. TURNER,

        Petitioners.

_____

On Petition for Writ of Mandamus.
(8:10-cv-02099-RWT; 8:09-cv-01248-RWT)

_____

Submitted:  April 30, 2013        Decided:  May 23, 2013

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Tyrone Hurt, William E. Turner, Petitioners Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt and William Turner petition for a writ of mandamus seeking a ruling by the district court in two actions. Although unreasonable delay in the district court may be a reason to grant mandamus relief, see Johnson v. Rogers, 917 F.2d 1283, 1285 (10th Cir. 1990), the district court's docket sheets reflect that final orders have been entered in each case and there are no outstanding matters requiring attention by the district court. Accordingly, while we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED